UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL STEWART,

                  Plaintiff,

   -against-                             23-CV-01557 (ALC)

                                        **ORDER OF DISCONTINUANCE**

ZIFF DAVIS, LLC,

                  Defendant.

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:  April 25, 2023
          New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**