UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Stewart,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>Ziff Davis, LLC,<br><br>　　　　　Defendant. | Case No: 1:23-cv-01557-ALC |

STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: May 25, 2023

DAVIS WRIGHT TREMAINE LLP

By: _____
James Rosenfeld, Esq.
1251 Avenue of the Americas, 21st Floor,
New York City, NY 10020
Tel: (212) 603-6455
Email: jamesrosenfeld@dwt.com
*Attorneys for Defendant*

SANDERS LAW GROUP

By: _____
Renee Aragona, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: raragona@sanderslaw.group
File No.: 125886
*Attorneys for Plaintiff*